UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00434

**Christopher Dixon,**
*Plaintiff,*

v.

**Unknown Harbin,**
*Defendant.*

## ORDER

Plaintiff, an inmate proceeding pro se, brought this suit alleging violations of his constitutional rights. Doc. 1. The court referred the case to a magistrate judge, who ordered plaintiff to pay the full filing fee or seek leave to proceed in forma pauperis. Doc. 3. The magistrate judge also ordered plaintiff to amend his complaint and provided guidance for doing so. Doc. 2. Plaintiff received copies of those orders but failed to comply. *See* Doc. 4. Therefore, the magistrate judge issued a report recommending that the court dismiss this case without prejudice for failure to prosecute or obey an order of the court. Doc. 5 at 2. Plaintiff did not timely object to the report.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendation. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on May 21, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -